FILED
MAY 0 3 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAURA A. SCALLY, Plaintiff,

v.

HILCO RECEIVABLES, LLC; LAKE COOK PARTNERS, LLC; and M.R.S. ASSOCIATES, INC., Defendants.

04 C 3035

Judge James B. Zagel
Magistrate Judge Martin C. Ashman

## NOTICE OF FILING

DOCKETED
MAY 0 4 2004

DOCKETED
MAY 0 4 2004

**TO:** Hilco Receivables, LLC
5 Revere Drive, Suite 415
Northbrook, IL 60062

Lake Cook Partners, LLC
care of registered agent:
The Corporate Trust Company
1209 Orange Street
Wilmington, DE 19801

M.R.S. Associates, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

**PLEASE TAKE NOTICE** that on May 3, 2004, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: **AMENDED COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on May 3, 2004 a copy of this notice and the documents referred to herein were served upon the parties listed above.

Daniel A. Edelman

FILED

MAY 0 3 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAURA A. SCALLY,

Plaintiff,

v.

HILCO RECEIVABLES, LLC;
LAKE COOK PARTNERS, LLC;
M.R.S. ASSOCIATES, INC., and

Defendants.

04 C 3035
James Zagel

DOCKETED
MAY 0 4 2004

**AMENDED COMPLAINT – CLASS ACTION**

**INTRODUCTION**

1. Plaintiff brings this action to secure redress against unlawful credit and collection practices engaged in by defendants Hilco Receivables, LLC ("Hilco"); Lake Cook Partners, LLC ("LCP"); and M.R.S. Associates, Inc. ("MRS"). Hilco and LCP purchase charged-off credit card debts for between two and three cents on the dollar and have MRS attempt to collect them, by using misleading and confusing collection letters. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

3. Venue in this District is proper because:

a. Defendants Hilco and LCP are located and do business here;

b. MRS contracted with Hilco and LCP to collect debts and transacts or

does business here.

## PARTIES

4. Plaintiff Laura Scally, formerly Laura Lummus, is a resident of Texas.

5. Defendant Hilco is a limited partnership entity, not in good standing, created under Illinois law. Its offices are 5 Revere Drive, Suite 202, Northbrook, IL 60062.

6. Defendant LCP is a limited liability company created under Delaware law. Its registered agent and address is Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801. On information and belief, it conducts business in concert with Hilco at the same address.

7. Hilco and LCP are is in the business of buying bad debts allegedly owed by consumers, including large amounts of credit card debts, for a small fraction of face value and enforcing the debts against the consumers.

8. Hilco is a "debt collector" as defined in the FDCPA.

9. LCP is a "debt collector" as defined in the FDCPA.

10. Defendant MRS is a corporation with offices at 3 Executive Campus, Suite 400, Cherry Hill, NJ 08002. It operates a collection agency and is a "debt collector" as defined in the FDCPA.

11. MRS claims on its Web site (www.mrsassociates.com) to be " a nationally licensed full-service account receivables management company that specializes in financial and commercial portfolios - bank and retail credit card programs, consumer loans, auto deficiencies and commercial collection as well as government, taxation and educational debts."

12. MRS transacts business in Illinois and has contractual relationships with

Hilco and /or LCP.

## FACTS

13. On or about April 14, 2004, MRS sent plaintiff Scally the collection letter attached as Exhibit A, seeking to collect a debt incurred for personal, family or household purposes. Plaintiff received it a few days later.

14. Exhibit A is a form letter.

15. MRS sent Exhibit A on behalf of Hilco and LCP, as their authorized agent.

16. Exhibit A is confusing and unclear as to who owns the debt. The text says LCP purchased the debt. The top of the letter indicates that Hilco owns the debt. The relationship of the two entities is not stated.

17. Exhibit A is confusing and unclear as to the amount of the debt. It gives an "account balance", but states that "interest may accrue on unpaid balances" and that LCP "has advised us that interest will continue to accrue on your account as provided for in your agreement with the original credit grantor." It then demands that the recipient "honor your contractual obligation" by "satisfying the debt . . . ."

18. None of the letters states as of what date the balance given applies, or how long it is valid for.

19. The implication of the statement that interest is continuing to accrue is that the balance stated is not what must be paid to "honor your contractual obligation" or "satisfy[] the debt."

20. None of the letters contains the "safe harbor" language approved in Chuway v. National Action Financial Services, 2004 WL 614760 (7th Cir., March 30, 2004).

21. As a result, each of the letters is confusing to the unsophisticated consumer, in that it states that the debt will increase, but does not explain how the consumer should determine what to pay, in violation of 15 U.S.C. §1692e, and/or fails to coherently inform the consumer of the amount of the debt, in violation of 15 U.S.C. §1692g.

22. Defendants may not in fact charge the same rate of interest, in which case their letters are misleading for that reason above.

**CLASS ALLEGATIONS**

23. Plaintiff brings this claim on behalf of two classes, designated Hilco and MRS.

24. The Hilco class consists of all natural persons who satisfy the following criteria:

a. Hilco and/or LCP owned their alleged credit card debt;

b. A letter was sent to the person which (i) stated a balance due, (ii) did not state the date as of which the balance was stated, (iii) stated that the debt was accruing interest as provided for in the debtor's agreement with the original credit grantor, (iv) demanded payment of a "contractual obligation," and (v) did not contain the "safe harbor" language specified in Chuway.

c. The letter was sent on or after a date one year prior to the filing of this action and not more than 20 days after the filing of this action.

25. The MRS class consists of all natural persons who satisfy the following criteria:

d. Their alleged credit card debt was owned by someone other than

Sherman Financial Group or a subsidiary;

e. A letter was sent to the person which (i) stated a balance due, (ii) did not state the date as of which the balance was stated, (iii) stated that the debt was accruing interest as provided for in the debtor's agreement with the original credit grantor, (iv) demanded payment of a "contractual obligation," and (v) did not contain the "safe harbor" language specified in Chuway.

f. The letter was sent on or after a date one year prior to the filing of this action and not more than 20 days after the filing of this action.

26. The class members are so numerous that joinder is impracticable. On information and belief, there are more than 50 members of each class.

27. There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether the collection letters at issue violate the FDCPA.

28. Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

29. A class action is an appropriate means of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class members and against defendants for:

g. Statutory damages ($1,000 to each plaintiff and the lesser of $500,000 or 1% of net worth for the class) against each defendant;

h. Attorney's fees, litigation expenses and costs of suit;

i. Such other or further relief as the Court deems proper.

Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**JURY DEMAND**

Plaintiff demands trial by jury.

Daniel A. Edelman

J:\CASE\mrs-scally11.915\PLEADING\CMPLT.WPD

# EXHIBIT A

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

MRS Associates Inc

Office Hours:
Mon - Thurs 8am - 9pm EST
Fri - 8am - 5pm EST
Sat - 8am - 12pm EST
Sun - 9am - 12pm EST

April 14, 2004

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

04325458-611 01405
LAURA LUMMUS
8014 MCMURTRY DR
ARLINGTON TX 76002-4986

| CLT ACCT # | MRS ACCT # | ACCOUNT BAL |
|---|---|---|
| 4313087999346043 | 04325458 | $3047.65 |

RE: HILCO RECEIVABLES LLC
(Interest may accrue on unpaid balances)

IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: HILCO RECEIVABLES LLC
PREVIOUS CREDITOR : MBNA BANK
PREVIOUS CREDITOR ACCOUNT NUMBER :
CLT ACCT#: 4313087999346043
MRS ACCT#: 04325458
ACCOUNT BALANCE : $3047.65 (Interest may accrue on unpaid balances)

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear LAURA LUMMUS,

Lake Cook Partners, LLC has purchased the above referenced account from the above referenced Previous Creditor. Lake Cook Partners, LLC has placed your account with this agency for collection. Lake Cook Partners, LLC has advised us that interest will continue to accrue on your account as provided for in your agreement with the original credit grantor.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly, our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

**Which would you prefer - the positive benefits or negative consequences? The choice is yours!**

IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

Sincerely,

D. Grieco

D Grieco
Director of Operations 1-866-709-0956
M.R.S.ASSOCIATES, INC.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

If you wish to pay by credit card, please fill out the area below and return in the enclosed envelope or fax to us at the number 856-488-5134 or you may E-Mail credit card information to : payments@mrsassociates.com

For your protection, we request that you provide your credit card verification code in addition to your Master Card, Visa or American Express card number. If you are paying with Master Card or Visa, your verification code is located on the back of your card. It is a three digit, number printed on the signature panel immediately following your account number. If you are paying with American Express, your verification code is located on the front of your card. It is a four-digit number above the credit card number on either the right side or left side of your card. We are requesting this number as an additional security precaution.

Check One: ☐ Visa ☐ Mastercard ☐ American Express

MRS ACCT # : 04325458

Card #: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Credit Card Verification #: ☐☐☐☐

Expiration Date: ___/___/___

Amount of Payment: $____________

______________________
Signature of Cardholder

______________________
Card Holder Name

______________________
Driver's License

**Western Union Payment Instructions**

Western Union "Quick Collect" - Quick and Easy !
Use Blue and White form
Pay to : M.R.S.ASSOCIATES, INC.
Code City : MAPLE State: NJ

For questions about how to pay your bill using Western Union - call them at 800-238-5772 or call our office.

COLORADO RESIDENTS:
This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify us that you dispute the validity of this debt or any portion thereof, within 30 days after receipt of this letter, we shall assume this debt is valid. If you notify us, in writing, within the 30 day period, that you dispute this debt, or any portion thereof, we will obtain verification of this debt or judgment, if one exists, and will mail you a copy. Upon your written request, within the 30 day period, we will provide you with the name and address of the original creditor, if different from the current creditor. For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/CAB.htm.

MASSACHUSETTS RESIDENTS:
NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

MINNESOTA RESIDENTS:
This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY RESIDENTS:
New York City Department of Consumer Affairs, license number 1016281.

NORTH CAROLINA RESIDENTS:
North Carolina Department of Insurance, permit number 3122 or permit number 3486.

TENNESSEE RESIDENTS:
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.